UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY J. BUCKNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASHLEY TAYLOR, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-2019 WBS KJN P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 21, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff did not file objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

////

1

1. The findings and recommendations filed November 21, 2023, are adopted in full; and

2. This action is dismissed without prejudice.

Dated: December 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/buck23cv2019.800

2